al., Defendants. [886 NYS2d 63]—Motion for leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Centra, Peradotto and Gorski, JJ.

CATHERINE BARNES et al., Respondents, v DEAN E. FIX et al., Appellants, et al., Defendants. [886 NYS2d 64]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Hurlbutt, J.P., Martoche, Carni, Green and Pine, JJ.

BRIAN PETERS, Appellant, v THE KISSLING INTERESTS, INC., Respondent. [886 NYS2d 64]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Fahey, Peradotto, Carni and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT R. MacDONALD, Appellant. [886 NYS2d 64]—Motion for reargument denied. Present—Scudder, P.J., Peradotto, Green and Gorski, JJ.

CHARLES SCAPARO et al., Appellants-Respondents, v VILLAGE OF ILION et al., Defendants, HERKIMER COUNTY INDUSTRIAL DEVELOPMENT AGENCY, Respondent, and OUR LADY QUEEN OF APOSTLES CHURCH OF ST. MARY OF MOUNT CARMEL/S.S. PETER AND PAUL, Respondent-Appellant. (Action No. 1.) ANTHONY YERO et al., Appellants-Respondents, v VILLAGE OF ILION et al., Defendants, HERKIMER COUNTY INDUSTRIAL DEVELOPMENT AGENCY, Respondent, and OUR LADY QUEEN OF APOSTLES CHURCH OF ST. MARY OF MOUNT CARMEL/S.S. PETER AND PAUL, Respondent-Appellant. (Action No. 2.) [886 NYS2d 64]—Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.

MICHAEL J. SCARBOROUGH, JR., as Administrator of the Estate of MICHAEL J. SCARBOROUGH, SR., Deceased, Respondent-Appellant, v NAPOLI, KAISER & BERN, LLP, et al., Appellants-Respondents, and RANDOLPH D. JANIS et al., Respondents. [886 NYS2d 64]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Centra, Fahey and Pine, JJ.

VILLAGE OF ILION et al., as Municipal Corporations and on Behalf of Their Constituent Taxpayers, Appellants, v COUNTY OF HERKIMER, Individually and as Administrator of the Herkimer County Self-Insurance Plan, et al., Respondents. (Appeal No. 1.) VILLAGE OF ILION et al., as Municipal Corporations and on Behalf of Their Constituent Taxpayers, Appellants, v COUNTY OF HERKIMER, Individually and as Administrator of the